**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                    Telephone 212-349-0230

**By ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/22

October 13, 2022

Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 10/13/22
White Plains, NY

Conference adjourned to 11/29/22 at 12:00 pm. Time excluded under Speedy Trial Act until 11/29/22 for reasons stated herein.

Re:  **U.S. v. Ali Sabree**
     22 Cr. 406 (VB)

Dear Judge Briccetti:

This letter is respectfully submitted to request an adjournment of the October 19th conference in this matter. I am requesting this adjournment to give me sufficient time to review the discovery that the Government has provided and to discuss the discovery with Mr. Sabree.

I respectfully request the conference be rescheduled to November 29, 2022 at noon. I have been advised by Your Honor's Chambers that this would be convenient for Your Honor. On behalf of Mr. Sabree, I consent to the exclusion of time under the Speedy Trial Act. Assistant United States Attorney Ryan Allison has advised me that the Government consents to this request.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc: All counsel by ECF