Case 7:22-cr-00406-VB Document 14 Filed 11/23/22 Page 1 of 1

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com

**Telephone 212-349-0230**

**By ECF**

November 22, 2022

APPLICATION GRANTED
SO ORDERED:
[signature]
Vincent L. Briccetti, U.S.D.J.
Dated: 11/23/22
White Plains, NY

Conference adjourned to 1/3/2023 at 12:00 pm. Time excluded under the Speedy Trial Act in the interest of justice until that date, for the reasons set forth herein.

11/23/22

Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **U.S. v. Ali Sabree**
22 Cr. 406 (VB)

Dear Judge Briccetti:

This letter is respectfully submitted to request that the conference currently scheduled Tuesday, November 29, 2022, be adjourned to January 3, 2023, at noon. I have been advised by Your Honor's Chambers that this would be a convenient date and time for the conference. I am requesting this adjournment due to the fact that a defense expert had a medical issue that prevented him from meeting with Mr. Sabree. That issue has now been resolved and a meeting is being scheduled for the earliest possible date.

Assistant United States Attorney Ryan Allison has advised me that the Government consents to this request. On behalf of Mr. Ali, I consent to the exclusion of time for Speedy Trial purposes.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc: Ryan Allison
Assistant United States Attorney (by email and ECF)