**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                            Telephone 212-349-0230

**By ECF and Email**

December 20, 2022

Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Ali Sabree
    22 Cr. 406 (VB)

Dear Judge Briccetti:

    This letter is respectfully submitted to request an adjournment of the conference which is currently scheduled for January 3, 2021. I respectfully request the conference be rescheduled to February 10, 2023, at 11:00 AM. I have been advised by Your Honor's Chambers that this would be convenient date and time for Your Honor. I am requesting this adjournment to give me sufficient time to obtain and review medical records from a recent examination of Mr. Sabree.

    On behalf of Mr. Sabree, I consent to the exclusion of time under the Speedy Trial Act. Assistant United States Attorney Ryan Allison has advised me that the Government consents to this request.

                         Respectfully submitted,

                         /s/Andrew Patel
                         Andrew G. Patel

cc: All counsel by ECF

---

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 12/20/22
White Plains, NY

Conference adjourned to 2/10/23 at 11:00 a.m. Time excluded under Speedy Trial Act until 2/10/23 in interest of justice for the reasons stated herein.

12/20/22